UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERI HJELTNESS,

    Plaintiff,

v.

ROWERDINK, INC.,

    Defendant.

Case No. 2020-cv-12896
Hon. Arthur J. Tarnow

---

| | |
|---|---|
| Scott P. Batey (P54711) | Courtney Nichols (P75160) |
| Attorney for Plaintiff | Attorney for Defendant |
| BATEY LAW FIRM, PLLC | PLUNKETT COONEY |
| 30200 Telegraph Road, Suite 400 | 38505 Woodward Ave., Ste. 100 |
| Bingham Farms, MI 48025 | Bloomfield Hills, MI 48304 |
| (248) 540-6800 | (248) 594-6360 |
| sbatey@bateylaw.com | cnichols@plunkettcooney.com |

---

**STIPULATION FOR ORDER OF DISMISSAL OF DEFENDANTS**

The parties hereto, by their respective counsel, hereby Stipulate and agree to the entry of the attached Order dismissing Plaintiff's action against Defendant, ROWERDINK, INC., with prejudice and without costs, interest or attorney fees to any party.

By: */s/ Scott P. Batey (w/permission)*
Scott P. Batey (P54711)
BATEY LAW FIRM, PLLC
Attorney for Plaintiff

By: */s/ Courtney L. Nichols*
Courtney L. Nichols (P75160)
PLUNKETT COONEY
Attorney for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERI HJELTNESS,

    Plaintiff,

v.

ROWERDINK, INC.,

    Defendant.

Case No. 2020-cv-12896
Hon. Arthur J. Tarnow

---

## ORDER OF DISMISSAL

Upon the reading and filing of the attached Stipulation and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiff's action against Defendant is dismissed with prejudice and without costs, interest or attorney fees to any party.

This Order resolves the last pending claim and closes the case.

                                                            s/Arthur J. Tarnow
                                                            U.S. DISTRICT COURT JUDGE

Open.08745.05546.25581087-1